IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stanford-Hicks, Michelle

Printed: 5/13/08

Case Number: 04 B 33651
Judge: Hollis, Pamela S
Filed: 9/10/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,362.78 |  |
| Secured: |  | 8,813.98 |
| Unsecured: |  | 1,156.67 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 692.13 |
| Other Funds: |  | 0.00 |
| Totals: | 13,362.78 | 13,362.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | Numark Credit Union | Secured | 8,813.98 | 8,813.98 |
| 3. | Peoples Energy Corp | Unsecured | 528.63 | 0.00 |
| 4. | Numark Credit Union | Unsecured | 2,573.66 | 642.56 |
| 5. | Verizon Wireless | Unsecured | 252.95 | 63.15 |
| 6. | Triad Financial Services | Unsecured | 1,806.28 | 450.96 |
| 7. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 8. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 9. | GC Services Corporation | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 11. | State Collection Srv | Unsecured |  | No Claim Filed |
| 12. | T Mobile USA | Unsecured |  | No Claim Filed |
| 13. | Southwest Credit Systems | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 16,675.50 | $ 12,670.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 98.03 |
| 4% | 21.78 |
| 3% | 29.25 |
| 5.5% | 203.77 |
| 5% | 58.50 |
| 4.8% | 112.32 |
| 5.4% | 168.48 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stanford-Hicks, Michelle

Printed:  5/13/08

Case Number:  04 B 33651
Judge:  Hollis, Pamela S
Filed:  9/10/04

_____
$ 692.13

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

